UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| DOUGLAS BERSAW, | : |
| Plaintiff, | : Civil Action No. 1:14-CV-_____ |
| v. | : |
| NORTHLAND GROUP INC., | : |
| Defendant. | : |

## NOTICE OF REMOVAL TO CLERK OF COURT

TO:   Larry S. Kane, Circuit Clerk of the Keene 8th Circuit Court, Small Claims Division, Cheshire County, New Hampshire, Case No: 449-14-SC-62.

Attached for filing is a certified copy of the Notice of Removal of the above-captioned matter to the United States District Court for the District of New Hampshire. Defendant Northland Group Inc., filed the original Notice of Removal with the Clerk of the United States District Court for the District of New Hampshire on March 27, 2014.

Respectfully submitted,

NORTHLAND GROUP INC.

By its attorneys,

PRETI, FLAHERTY, BELIVEAU & PACHIOS, PLLP

Dated: March 27, 2014

/s/ Daniel R. Sonenborn
Kenneth E. Rubinstein, NH Bar # 14926
krubinstein@preti.com
Daniel R. Sonneborn, NH Bar # 20947
dsonneborn@preti.com
P.O. Box 1318
Concord, NH 03302-1318
(603) 410-1500

## CERTIFICATE OF SERVICE

      I hereby certify that on March 27, 2014 I served the foregoing Notice of Removal to Clerk of Court by regular U.S. First Class Mail, postage prepaid, to the following:

Douglas Bersaw
139 Tully Brook Road
Richmond, New Hampshire 03470
*Pro se*

                                                  */s/ Daniel R. Sonneborn*
                                                 Daniel R. Sonneborn, NH Bar # 20947