UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| DOUGLAS BERSAW : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | No. 1:14-CV-00128-JL |
| : | |
| NORTHLAND GROUP, INC. : | |
| : | |
| Defendant. : | |

**DEFENDANT'S NOTICE OF INTENT TO FILE A REPLY BRIEF**

Defendant Northland Group, Inc., by its attorneys, Preti, Flaherty, Beliveau & Pachios, PLLP, respectfully serves notice that it intends to file a Reply, pursuant to L.R. 7.1(c)(1), to Plaintiff's Objections to Defendant Northland's Motion for Summary Judgment.

Respectfully submitted,

PRETI, FLAHERTY, BELIVEAU & PACHIOS, PLLP

Date: October 27, 2014

/s/ Daniel R. Sonneborn
Kenneth E. Rubinstein, NH Bar #14926
krubinstein@preti.com
Daniel R. Sonneborn, NH Bar #20947
dsonneborn@preti.com
P.O. Box 1318
Concord, NH 03302-1318
Phone: (603) 410-1500

ATTORNEYS FOR NORTHLAND GROUP, INC.

1

7471512.1

## CERTIFICATE OF SERVICE

      I hereby certify that on October 27, 2014 I served the foregoing DEFENDANT'S NOTICE OF INTENT TO FILE A REPLY BRIEF via ECF to the following:

Douglas Bersaw
139 Tully Brook Road
Richmond, New Hampshire 03470
thebersaws@ihmmedia.net
*Pro se*

                                                 */s/ Daniel R. Sonneborn*
                                               Daniel R. Sonneborn, NH Bar # 20947