# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2015 MAR -6 P 12: 57

Douglas Bersaw
Plaintiff

Hon. Joseph N. Laplante

v.

Civil Case No. 14-cv-128-JL

Northland Group Inc.
Defendant

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

NOW COMES the Plaintiff, Douglas Bersaw *pro se,* to submit to this Court the Plaintiff's Motion for Summary Judgment today, March 6, 2015.

Plaintiff agrees that there exist no material facts any longer in dispute in this case that would prevent a Summary Judgment at this point in the proceedings. For the reasons adduced in Plaintiff's Reply to the Defendant's Motion for Summary Judgment and in the accompanying Brief in Support of this motion Plaintiff hereby begs for judgment from this court.

WHEREFORE, for the reasons set forth above and in the accompanying Brief, Plaintiff, Douglas Bersaw, respectfully requests this Honorable Court to:

A. Grant its Motion for Summary Judgment;

B. Enter Judgment for Plaintiff on all remaining claims and close the case; and

C. Grant such other relief as may be just and proper.

Douglas Bersaw – Plaintiff *pro-se*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the defendant's counsel of record listed below via delivery in hand on this the 6th day of March 2015.

/s/ Douglas Bersaw

Plaintiff *pro-se*
139 Tully Brook Road
Richmond, NH 03470
603-239-8827
thebersaws@ihmmedia.net

Kenneth E. Rubinstein, NH Bar #14926
krubinstein@preti.com
Daniel R. Sonneborn, NH Bar #20947
dsonneborn@preti.com
P.O. Box 1318
Concord, NH 03302-1318