# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

Douglas Bersaw                                  Hon. Joseph N. Laplante
Plaintiff

v.                                              Civil Case No. 14-CV-128-JL

Northland Group Inc.
Defendant

## STIPULATION OF DISMISSAL

NOW COMES the Plaintiff, Douglas Bersaw *pro se,* to Notice the Court that the Plaintiff hereby voluntarily dismisses this case in its entirety.

This Dismissal is made voluntarily and with prejudice concerning any further suit based upon violations of the FCRA or NH RSAs regarding the incidents cited in the Complaint and any other issues pending as of this date. Dismissal of this case is with prejudice and without attorney fees or costs, of the action.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the defendant's counsel of record listed below via email and U.S. Mail on this the 31st day of March 2015.

/s/ Douglas Bersaw

Plaintiff *pro-se*
139 Tully Brook Road
Richmond, NH 03470
603-239-8827
thebersaws@ihmmedia.net

Kenneth E. Rubinstein, NH Bar #14926
krubinstein@preti.com
Daniel R. Sonneborn, NH Bar #20947
dsonneborn@preti.com
P.O. Box 1318
Concord, NH 03302-1318