UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Douglas Bersaw                                                  Hon. Joseph N. Laplante
Plaintiff

v.

Civil Case No. 14-CV-128-JL

Northland Group Inc.
Defendant

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

NOW COME the Plaintiff, Douglas Bersaw *pro se,* and the Defendant Northland Group Inc. by its Counsel, Daniel Sonneborn and Kenneth Rubinstein of PretiFlaherty, to notify the Court that both parties have agreed to dismiss this case in its entirety.  This Stipulation of Dismissal is made voluntarily by both parties, and dismissal is with prejudice and without attorney fees or costs of the action.

/s/ Douglas Bersaw
Plaintiff *pro-se*

139 Tully Brook Road
Richmond, NH 03470
603-239-8827
thebersaws@ihmmedia.net

/s/ Kenneth E. Rubinstein
On behalf of Defendant Northland Group Inc.

Kenneth E. Rubinstein, NH Bar #14926
krubinstein@preti.com
P.O. Box 1318 Concord, NH 03302-1318

/s/ Daniel R. Sonneborn
On behalf of Defendant Northland Group Inc.

Daniel R. Sonneborn, NH Bar #20947
dsonneborn@preti.com
60 State Street – Suite 1100
Boston, MA 02109

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the defendant's counsel of record listed above via the Court's CMECF system on this the 2nd day of April 2015.